**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORTH WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel.* AIMEE INGOLD and JAMES MARK ROBERTS, <br><br>  Plaintiffs, <br><br> v. <br><br> CAREFLITE, f/k/a NORTH CENTRAL TEXAS SERVICES AND QUICK MED CLAIMS, INC., <br><br>  Defendants. | CIVIL ACTION NO. 4:16-cv-410-O <br><br> JURY TRIAL DEMANDED |

## ORDER

**CAME ON TO BE CONSIDERED** Plaintiff-Relators' Unopposed Motion to Extend Time, and after reviewing the Motion and the documents on file, the Court finds that this Motion should be and hereby is in all things **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff-Relators shall have until **September 6, 2016** to respond to Defendant CareFlite's Motion to Defer Discovery Until Motions to Dismiss are Decided.  It is **FURTHER ORDERED** that Defendant's reply, if any, be filed on or before **September 9, 2016**.

**SO ORDERED** on this _____ day of **August, 2016**.

_____
THE HONORABLE JUDGE O'CONNOR
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel.* AIMEE INGOLD and JAMES MARK ROBERTS, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-cv-410-O |
| v. | § § | JURY TRIAL DEMANDED |
| CAREFLITE, f/k/a NORTH CENTRAL TEXAS SERVICES AND QUICK MED CLAIMS, INC., | § § § § | |
| Defendants. | § | |

**PLAINTIFF-RELATORS' UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff-Relators, by and through their undersigned counsel, hereby move this Honorable Court to extend their time to respond to Defendant CareFlite's Motion to Defer Discovery Until Motions to Dismiss are Decided, pursuant to LR 7.1(e).  Plaintiff-Relators seek to extend the time to respond twenty-one (21) days, or to September 6, 2016.  See LR 7.1(e) (providing that "[a] response and brief to an opposed motion must be filed within 21 days from the date the motion is filed").  Defendant CareFlite does not oppose this motion.

The Court's Order dated August 17, 2016 requires Plaintiff-Relators to respond to CareFlite's motion on or before August 26, 2016.  [*See* Clerk's Dkt. No. 69].  The undersigned counsel respectfully asks this Honorable Court to take notice of the fact that Plaintiff-Relators' undersigned counsel has prepaid vacation scheduled for the week of August 22, 2016.  For this reason, Plaintiff-Relators seek an extension.

Wherefore, Relators respectfully request that this Honorable Court extend their time to

respond to Defendant CareFlite's motion and enter the proposed Order, attached hereto as Exhibit A.

Respectfully submitted this 18th day of August, 2016.

**KLINE & SPECTER**

BY: */s/ David C. Williams, Esquire*
DAVID C. WILLIAMS, ESQUIRE*
State Bar No. 308745 (Pennsylvania)
DAVID J. CAPUTO, ESQUIRE
State Bar No. 79317 (Pennsylvania)
1525 Locust Street, Nineteenth Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 735-5827
*\* Admitted Pro Hac Vice*

**WATERS & KRAUS, LLP**
BY: CHARLES SIEGEL, ESQUIRE
LOREN JACOBSON, ESQUIRE
CAITLYN SILHAN, ESQUIRE
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244

**JOSEPH TRAUTWEIN & ASSOCIATES, LLC**
BY: JOSEPH TRAUTWEIN, ESQUIRE
17 Auchy Road
Erdenheim, Pennsylvania 19038
Telephone: (215) 764-2301

**ATTORNEYS FOR RELATORS**

**CERTIFICATE OF CONFERENCE**

On the 18th day of August, 2016, I spoke with Defendant's counsel regarding this Motion, and he does not oppose the relief sought herein.

*/s/ David C. Williams, Esquire*

## CERTIFICATE OF SERVICE

On August 18, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                   **KLINE & SPECTER, P.C.**

                            By:   */s/ David C. Williams, Esquire*
                                    DAVID C. WILLIAMS, ESQUIRE
                                    Attorney for the Plaintiff-Relators

Dated:  August 18, 2016